## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6046

ARNOLD EUGENE FOX, JR.,

             Plaintiff - Appellant,

        v.

EVA SHARP; CHRYSTAL MCCORMICK; JOHN MCCORMICK; OTHER UNNAMED
MEMBERS OF THE UNITED STATES AIR FORCE,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:15-cv-00270-MR-DLH)

Submitted:  June 22, 2016             Decided:  July 1, 2016

Before WILKINSON, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arnold Eugene Fox, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arnold Eugene Fox, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fox v. Sharp, No. 1:15-cv-00270-MR-DLH (W.D.N.C. Dec. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED